1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9
10

| | |
|---|---|
| GORDON NICHOLSON, an individual, and LORRAINE NICHOLSON, an individual, )<br><br>Plaintiffs, )<br><br>v. )<br><br>COUNTY OF STANISLAUS, a public entity, JANICE McCLENDON, an individual, and DOES 1 through 50, inclusive, )<br><br>Defendants. ) | NO. 1:09-CV-01941-AWI-SMS<br><br>ORDER VACATING DECEMBER 14, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

        Defendants' motion to dismiss has been set for hearing in this case on December 14, 2009.  The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 14, 2009, is VACATED, and the parties shall not appear at that time.  As of December 14, 2009, the court will take the matter under submission, and will thereafter issue its decision.

26

IT IS SO ORDERED.

27

Dated:    **December 9, 2009**                        **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE

28