**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF STANISLAUS and JANICE M. McCLENDON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON NICHOLSON, an individual; LORRAINE NICHOLSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF STANISLAUS a public entity; JANICE M. McCLENDON, an individual; and Does 1 through 50, inclusive. <br><br> Defendants. <br> _____/ | Case No. 1:09-CV-01941-AWI-SMS <br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANT COUNTY OF STANISLAUS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs GORDON NICHOLSON and LORRAINE NICHOLSON, and Defendants COUNTY OF STANISLAUS and JANICE M. McCLENDON, by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) this matter be dismissed with prejudice as to Defendant County of Stanislaus, each party to bear its own attorney fees and costs.  Inasmuch as all claims against all parties have now been dismissed, the matter is hereby closed.

///

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**STIPULATION AND ORDER TO DISMISS DEFENDANT COUNTY OF STANISLAUS**
00793053.WPD

Respectfully submitted,

Dated: June 30, 2010          LAW OFFICES OF DAVID L. HOBBS


By  /s/ David L. Hobbs *
    David L. Hobbs
    Attorney for Plaintiffs
    GORDON NICHOLSON and
    LORRAINE NICHOLSON
    (*As authorized 6/22/10)


Dated: June 30, 2010          PORTER SCOTT
                              A PROFESSIONAL CORPORATION


By  /s/ Terence J. Cassidy
    Terence J. Cassidy
    Kristina M. Hall
    Attorney for Defendants
    COUNTY OF STANISLAUS
    and JANICE M. McCLENDON


ORDER

IT IS SO ORDERED.

Dated:   July 1, 2010
                              _____
                              CHIEF UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com